IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GMAC Bank

v.

HTFC Corporation

:    CIVIL ACTION
:
:
:
:
:    NO.   06 C 5291

## ORDER

AND NOW, this      Day of January      , 2007, it is hereby

ORDERED that the application of Joseph R. Ziccardi     , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____
                            J.

Civil Action No# 06 0 5291

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO*
*LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Joseph R. Ziccardi_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____ for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Illinois | 11/04/1993 | 6217086 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Northern Dist. of IL | 12/16/1993 | 6217086 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for     HTFC Corporation

_____
(Applicant's Signature)

01/29/2007
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

20 N. Clark Street, Suite 1100

Chicago, IL 60602

(312) 372-0477

Sworn and subscribed before me this

29 Day of January, 2007

_____
Notary Public

"OFFICIAL SEAL"
JAMES V. BLAKEMORE
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/06

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Joseph R. Ziccardi_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Daniel S. Strick | | 11/02/2002 | 88381 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Lucas and Cavalier, LLC, 1601 Market Street, Suite 2230, Philadelphia, PA, 19103  215-751-9192

Sworn and subscribed before me this

_____ Day of _____ 200_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Stephanie P. Capra, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Nov. 24, 2007

Member, Pennsylvania Association of Notaries

## CERTIFICATE OF SERVICE

I, Daniel S. Strick, Esquire, certify a true and correct copy of the foregoing application of

Joseph R. Ziccardi, Esquire to practice in this court pursuant to Local Rule 83.5.2(b) was served

this date via ECF, upon the following counsel of record:

Robert B. Bodzin
***Kleinbard Bell & Brecker LLP***
1900 Market Street, 7th Floor
Philadelphia, PA  19103
Attorneys for plaintiff

Daniel S. Strick, Esquire

Dated: ___January 30, 2007___

LUCAS AND CAVALIER, LLC
1601 Market Street, Suite 2230
Philadelphia, PA 19103
Tel:(215) 751-9192
Fax:(215) 751-9277
dstrick@lucascavalier.com
PA 88381