IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GMAC BANK, a Utah Industrial Bank | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | |
| HTFC CORPORATION, | : | |
| Defendant. | : | No. 06-5291 |

## PLAINTIFF, GMAC BANK'S MOTION TO COMPEL
## THE DEPOSITION OF AARON WIDER

Plaintiff, GMAC Bank, a Utah Industrial Bank ("GMAC Bank"), by and through its undersigned counsel, hereby moves, pursuant to Federal Rules of Civil Procedure 30 and 37, for an Order: (1) compelling Aaron Wider ("Wider"), Chief Executive Officer and sole shareholder of Defendant, HTFC Corporation ("HTFC") to appear for the completion of his deposition and to fully answer the questions he improperly refused to answer and/or provided evasive or incomplete answers to at his previous deposition; (2) requiring HTFC to pay the expenses incurred by GMAC in taking the previous deposition and making this Motion, including its reasonable attorney's fees and costs; and (3) ordering that in the event that Wider refuses to comply, judgment will be entered against HTFC as to both GMAC Bank's Complaint and HTFC's Counterclaim.

The grounds for this Motion are more fully set forth in GMAC Bank's accompanying Memorandum of Law, which is incorporated by reference.

Dated:   November 28, 2007            KLEINBARD BELL & BRECKER LLP


                                      By:_____/s/_____
                                         ROBERT B. BODZIN, #31323
                                         MELISSA C. PRINCE, #92553
                                         One Liberty Place, 46th Floor
                                         1650 Market Street
                                         Philadelphia, PA  19103
                                         (215) 568-2000


                                         Attorney's for Plaintiff, GMAC Bank, A
                                         Utah Industrial Bank

OF COUNSEL:
FELHABER, LARSON, FENLON & VOGT, P.A.
JAMES W. RUDE, #94171
DONALD G. HEEMAN, #286023
RYAN A. OLSON, #340935
220 South Sixth Street, Suite 2200
Minneapolis, MN  55402-4504
(612) 339-6321

{00188404;v2}

## CERTIFICATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(a)(2)(A) AND LOCAL RULE OF CIVIL PROCEDURE 26.1(f)

I, ROBERT B. BODZIN, hereby certify that I have conferred with counsel for HTFC in an effort to obtain the discovery that is the subject of this motion and that the parties were not able to resolve this dispute.

/s/
ROBERT B. BODZIN

{00188404;v2}