# Melissa Prince

**From:** Scanner@kleinbard.com
**Sent:** Wednesday, November 28, 2007 4:48 PM
**To:** Melissa Prince
**Subject:** Attached Image

**Importance:** High

**Attachments:** 4994_001.pdf

4994_001.pdf (275 KB)