## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GMAC BANK, a Utah Industrial Bank<br>Plaintiff,<br>vs.<br>HTFC CORPORATION,<br>Defendant. | CIVIL ACTION<br><br>FILED<br>AUG 13 2008<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk<br><br>No. 06 CV 5291 |

### STIPULATION

It is hereby stipulated by and between counsel for all parties to this action that:

1. Judgment is entered in favor of GMAC Bank and against HTFC Corporation in the amount of $14,375,295.41;

2. The Counterclaim of HTFC is dismissed, with prejudice; and

2. Counsel for each party is authorized to enter into this Stipulation on behalf of their respective clients.

_[signature]_
JOSEPH R. ZICCARDI, ESQUIRE
Ziccardi Law Offices
20 North Clark Street, Suite 1100
Chicago, IL 60602

_[signature]_
ROBERT B. BODZIN, ESQUIRE
Kleinbard Bell & Brecker LLP
One Liberty Place, 46th Floor
1650 Market Street
Philadelphia, PA 19103

*Attorney for Plaintiff, GMAC Bank*

_[signature]_
DANIEL S. STRICK, ESQUIRE
Lucas and Cavalier, LLC
1601 Market Street
Suite 2230
Philadelphia, PA 19103

*Attorneys for Defendant,
HTFC Corporation*

Approved:

_[signature]_ J.

8/12/08.

{00210655;v1}