IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GMAC BANK, | : | CIVIL ACTION |
| | : | NO. 06-5291 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HTFC CORP., | : | |
| | : | |
| Defendant. | : | |


FILED
AUG 13 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## JUDGMENT

**AND NOW**, this **12th** day of **August, 2008**, pursuant to the stipulation of March 6, 2008, it is **ORDERED** that Judgment in the amount of $14,375,295.41 be and the same is hereby entered in favor of Plaintiff GMAC Bank and against Defendant HTFC Corporation.

The Clerk of the Court shall mark this case as **CLOSED**.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.